IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA RIVKIND | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-172 |
| | : | |
| ORACLE AMERICA, INC. | : | |

## ORDER

AND NOW, this 21st day of April, 2026, upon consideration of Defendant Oracle America, Inc.'s partial Motion to Dismiss the Amended Complaint (Dkt. No. 17), it is **ORDERED** the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Motion is **DENIED** as to Count I, except that any asserted claim under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**. The Motion is **DENIED** as to Count V.

2. The Motion is **GRANTED** as to Counts II, III, and IV, and those counts are **DISMISSED WITH PREJUDICE**.

3. Count VII remains pending.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.